SPESSARD L. HOLLAND, as Governor of the State of Florida; R. A. GRAY, as Secretary of State of the State of Florida; J. TOM WATSON, as Attorney General of the State of Florida; J. M. LEE, as Comptroller of the State of Florida; J. EDWIN LARSON, as Treasurer of the State of Florida; COLIN ENGLISH, as Supervisor of Public Instruction of the State of Florida and NATHAN MAYO, as Commissioner of Agriculture of the State of Florida, as and constituting the State Board of Conservation of the State of Florida, and S. E. RICE, as Supervisor of Conservation of the State of Florida, v. WALTON FULFORD, L. S. SADLER and J. L. GARRISON.

6 So. (2nd) 862            En Banc
February 3, 1942

J. Tom Watson, Attorney General, Thomas V. Kiernan, Assistant Attorney General, and Tiffany Turnbull, Special Assistant Attorney General, for petitioners.

A. B. Rowe, for respondents.

PER CURIAM:

The petition for writ of certiorari to review the interlocutory order of the Circuit Court of Leon County, Florida, entered on January 2, 1942, having been considered, it is ordered that said petition be and the same is hereby granted and that the said judgment of the Circuit Court of Leon County, Florida, is hereby quashed on authority of Spessard L. Holland, as Governor, et als., petitioners, v. Joe Roberts, respondent, decided January 16, 1942.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.